JUSTIN H. KING, SBN 268730
JONATHAN KING, SBN 343872
LAW OFFICES OF JUSTIN H. KING
8301 Utica Avenue, Suite 101
Rancho Cucamonga, CA 91730
Telephone: (909) 297-5001
Facsimile: (909) 297-5126
Email: jking@justinkinglaw.com
Email: jon@justinkinglaw.com

Attorneys for Plaintiff Nathan
James Castellanos

DAVID E. OUTWATER, SBN 178093
CATHLEEN M. GOLDEN, SBN 192279
OUTWATER & PINCKES, LLP
900 Roosevelt
Irvine, CA 92620
Telephone: (949) 748-7480
Fax: (949) 748-7481
Email: doutwater@oplawyers.com
Email: cgolden@oplawyers.com

Attorneys for Defendant
YUM! BRANDS, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN JAMES CASTELLANOS,<br><br>   Plaintiff,<br><br>v.<br><br>HENNY PENNY CORPORATION; YUM! BRANDS, INC.; SESMAS AIR CONDITIONING; JOEL GONZALEZ SESMAS and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.: 5:24-cv-01681-KK-SPx<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

///

///

///

PROPOSED ORDER RE STIPULATED PROTECTIVE ORDER

# ORDER

The Stipulated Protective Order as executed by the parties and filed at docket no. 14 is accepted and entered as an Order of the Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 9, 2024

By: _____
Sheri Pym
United States Magistrate Judge

1